$\mathcal{O}$

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM W. SHARPE, | Case No. CV 06-0426-AG (JCR) |
| Petitioner, | ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| DAVID L. RUNNELS, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice.

\\
\\
\\
\\
\\

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and

2    the Judgment of this date on Petitioner.

3

4

DATED: July 26, 2008

5

6                                                          _____
                                                           ANDREW J. GUILFORD
7                                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28